# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID,<br><br>            Plaintiff,<br><br>    v.<br><br>CONCENTRA HEALTH SERVICES, INC.,<br><br>            Defendant.<br>_____/ | Case No. 1:13-cv-00166-AWI-SKO<br><br>**ORDER DENYING WITHOUT PREJUDICE THE PARTIES' STIPULATED REQUEST FOR A PROTECTIVE ORDER**<br><br>(Docket No. 13) |

On October 1, 2013, the parties filed a stipulated request for a protective order regarding confidential discovery materials. In its current form, the parties' stipulated request cannot be granted because the stipulation and proposed order do not comply with the U.S. District Court for the Eastern District of California's Local Rule 141.1.

Pursuant to Local Rule 141.1(c), any proposed order submitted by the parties must contain the following provisions:

(1) A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child);

(2) A showing of particularized need for protection as to each category of information proposed to be covered by the order; and

(3) A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

Here, the stipulation and proposed order do not contain any showing as to why the need for protection should be addressed by court order as opposed to a private agreement. The Court also notes that the exhibit attached to the protective order references the Superior Court of California. The parties also failed to electronically submit a proposed order to the Court with their stipulated request, as required by Local Rule 137(b).

Accordingly, IT IS HEREBY ORDERED that the parties' request for a stipulated protective order is DENIED without prejudice to refiling in conformity with Local Rules 141.1 and 137(b).

IT IS SO ORDERED.

Dated:   **October 11, 2013**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE