1 | Charles L. Thompson, IV, State Bar No. 139927
2 | charles.thompson@ogletreedeakins.com
  | Becki D. Graham, State Bar No. 238010
3 | becki.graham@ogletreedeakins.com
  | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
  | Steuart Tower, Suite 1300
4 | One Market Plaza
  | San Francisco, CA  94105
5 | Telephone:    415.442.4810
  | Facsimile:     415.442.4870
6 |
7 | Attorneys for Defendant
  | CONCENTRA HEALTH SERVICES, INC.
8 |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MARY REID, an individual, residing in California, | Case No. 1:13-cv-00166-AWI-SKO |
|---|---|
| Plaintiff, | **ORDER CONTINUING SETTLEMENT CONFERENCE TO MAY 20, 2014** |
| v. | |
| CONCENTRA HEALTH SERVICES, INC., a corporation; and DOES 1 through 100, inclusive, | Complaint Filed:  October 4, 2012 |
| Defendants. | |

Case No. 1:13-cv-00166-AWI-SKO

[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

  Pursuant to the Joint Stipulation and Request to Continue Settlement Conference filed on March 25, 2014 (ECF Doc. 16), the Court hereby orders that the settlement conference set for April 3, 2014 at 10:00 a.m. be continued to **May 20, 2014, at 10:30 a.m.**

IT IS SO ORDERED.

 Dated:  **March 28, 2014**       **/s/ Sheila K. Oberto**
                 UNITED STATES MAGISTRATE JUDGE