1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, an individual, residing in California,<br><br>            Plaintiff,<br><br>    v.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 1:13-cv-00166-AWI-SKO<br><br>**JOINT STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER; ORDER THEREON**<br><br>Complaint Filed:  October 4, 2012<br><br>Trial:  February 3, 2015 |

**STIPULATION AND REQUEST**

Plaintiff Mary Reid ("Plaintiff") and Defendant Concentra Health Services, Inc. ("Defendant") (collectively "the Parties"), have met and conferred regarding additional settlement discussions in light of the July 10, 2014 Mandatory Settlement Conference, and agreed to continue all discovery-related deadlines and cut-offs for the purpose of avoiding potentially unnecessary expenses.  To that end, the parties hereby stipulate to and request modification of the July 1, 2013 Scheduling Order to continue all discovery-related deadlines as follows:

(1) Deadline for Expert Disclosures continued from April 11, 2014 to August 29, 2014;

(2) Deadline for Rebuttal Disclosures continued from May 9, 2014 to September 29, 2014;

(3) Deadline for Non-Expert Discovery continued from April 4, 2014 to August 29, 2014;

(4) Deadline for Expert Discovery continued from July 18, 2014 to October 31, 2014;

(5) Deadline for Non-Dispositive Motions continued from July 23, 2014 to November 28, 2014.

The parties make such stipulation and request for the following reasons:

(1) The parties have agreed to engage in settlement discussions leading up to the July 10, 2014 Mandatory Settlement Conference, and as such, have agreed to take the depositions currently scheduled in this case off-calendar in the hope of avoiding additional expenses to both sides of the litigation if an informal resolution can be reached.  All other deadlines, including the trial date for this case, will remain on calendar as scheduled.

This Stipulation and Request is joined by all parties to this matter.

**JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; ORDER THEREON**

DATED:  June 18, 2014                      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/_____
       Charles L. Thompson, IV
       Becki D. Graham




Attorneys for Defendant
CONCENTRA HEALTH SERVICES, INC.

DATED:  June 18, 2014                      SUTTON HAGUE LAW CORPORATION



By:  /s/_____
       S. Brett Sutton
       Jared Hague

Attorneys for Plaintiff
MARY REID

# ORDER

Pursuant to the parties' stipulation, the scheduling order is modified as follows:

1. Deadline for Expert Disclosures continued from April 11, 2014 to August 29, 2014;

2. Deadline for Rebuttal Disclosures continued from May 9, 2014 to September 29, 2014;

3. Deadline for Non-Expert Discovery continued from April 4, 2014 to August 29, 2014;

4. Deadline for Expert Discovery continued from July 18, 2014 to October 31, 2014;

5. Deadline for Non-Dispositive Motions continued from July 23, 2014 to September 2, 2014; and

6. Non-Dispositive Hearing deadline continued from August 20, 2014, to October 20, 2014.[1]

IT IS SO ORDERED.

Dated:   **July 3, 2014**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested that the non-dispositive motion filing deadline be extended to November 28, 2014, but this deadline conflicts with the December 8, 2014, pretrial conference date, leaving insufficient time to resolve motions prior to the pretrial conference. As such, the parties' requested modification with respect to the non-dispositive motion deadlines is denied in part, and the schedule is extended as set forth above.

**JOINT STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER; ORDER THEREON**