# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, | Case No. 1:13-cv-00166-AWI-SKO |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PARTIES' STIPULATED REQUEST FOR A SCHEDULE MODIFICATION** |
| v. | |
| CONCERTA HEALTH SERVICES, INC., | |
| Defendants / | |

On August 14, 2014, the parties filed a stipulated request to modify the scheduling order. (Doc. 33.) The parties indicate they wished to continue all discovery-related deadlines until after the October 28, 2014, Settlement Conference. However, the modified deadlines requested cannot be accommodated in light of the currently set pretrial conference and trial dates. For example, the parties request to move the discovery deadline to a date *after* the pretrial conference. They also request to continue the non-dispositive motion filing deadline to January 8, 2015, but any hearing set on non-dispositive motions would then necessarily occur *after* the trial. As such, the schedule cannot be modified as requested. The parties may, however, propose a revised schedule to

accommodate their desire to continue all discovery related deadlines until after the October 28, 2014, Settlement Conference.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated request for a schedule modification is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **August 15, 2014**      **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2