# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, an individual, residing in California | Case No. 1:13-cv-00166-AWI-SKO |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PARTIES' REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| CONCENTRA HEALTH SERVS., INC., a corporation; and DOES 1 through 100, inclusive | |
| Defendants. | |

On July 10, 2014, the parties appeared for a Settlement Conference.  (Doc. 32.)  A further settlement conference was set for October 28, 2014.  (Doc. 32.)  The dispositive motion filing deadline was September 2, 2014, and Defendant filed a motion for summary judgment on that date.  (*See* Doc. 35.)  The hearing on Defendant's motion for summary judgment has been continued to November 3, 2014.  At the settlement conference, the Court continued the Pretrial Conference to December 15, 2014.  The trial is currently set for February 3, 2015.

On August 14, 2014, the parties submitted a stipulation and request to modify the schedule.  However, because the dates proposed were unworkable, the parties' request was denied without prejudice.

On September 3, 2014, the parties again submitted a request to modify the scheduling order. They seek to extend the discovery deadlines to save further litigation costs prior to the October 28, 2014, Settlement Conference. This is an understandable basis to seek modification of the schedule, and the Court is not opposed to adjusting the schedule for this reason. Nevertheless, the dates proposed by the parties cannot be accommodated. The parties request to continue the Pretrial Conference to January 15, 2015. However, the trial is set for February 3, 2015, and Judge Ishii's calendar cannot accommodate such a short period between the pretrial conference and the trial. If the parties wish to continue the discovery deadlines as requested, this may necessitate a continuance of the trial date. The parties may contact Courtroom Deputy, Alice Timken, at (559) 499-5975, if they wish to set an informal telephonic conference to address their scheduling deadlines.

For the reasons set forth above, the parties' stipulated request for a scheduling modification is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **September 4, 2014**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE