# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, an individual, residing in California,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | **Case No. 1:13-cv-00166-AWI-SKO**<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE TO JANUARY 15, 2015, AT 11:00 A.M.**<br><br>**(Doc. 52)** |

Defendant filed a motion to continue the settlement conference to a date after the district court has had an opportunity to rule upon its motion for summary judgment.

In light the status conference with the parties on October 7, 2014, where the potential for settlement following a ruling on the summary judgment motion was discussed, the settlement conference is hereby **CONTINUED to January 8, 2015, at 11:00 a.m. in Courtroom 7.** The parties shall submit via email updated confidential settlement conference statements by no later than December 29, 2014.

IT IS SO ORDERED.

Dated:　**November 19, 2014**　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE