IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, an individual, residing in California,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CONCENTRA HEALTH CARE SERVICES, INC., a corporation; and DOES 1 through 100, inclusive<br><br>　　　　　　Defendants.<br>_____/ | 1:13-cv-00166-AWI-SKO<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE** |

Defendant Concentra Health Care Services, Inc. has filed a motion for summary judgment which is currently under submission before the Court.  In consideration of the time requirements needed to evaluate and resolve this motion, the Court hereby VACATES the December 15, 2014 pretrial conference and the February 3, 2015 trial dates.  The Court shall schedule a trial-setting conference, if necessary, after an order on defendant's motion for summary judgment has been issued.

IT IS SO ORDERED.

Dated:   December 3, 2014                            _____
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1