**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARY REID, an individual, residing in California,<br><br>       Plaintiff,<br><br>   v.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. 1:13-cv-00166-AWI-SKO<br><br>**ORDER GRANTING REQUEST THAT SECOND JUDICIAL SETTLEMENT CONFERENCE BE VACATED UNTIL AFTER COURT RULES ON SUMMARY JUDGMENT MOTION**<br><br><br><br>Complaint Filed:   October 4, 2012<br>Trial Date:       None |

**ORDER**

On February 13, 2015, Defendant Concentra Health Services, Inc. filed a Request That Second Judicial Conference Be Vacated Until After Court Rules on Summary Judgment Motion (Doc. No. 61) (hereinafter "Request to Vacate Settlement Conference").

Having considered Defendant's Request to Vacate Settlement Conference, the Court hereby orders that the settlement conference currently scheduled for March 3, 2015, be VACATED.  The parties may contact the Court to reset the settlement conference after the issuance of District Judge Anthony W. Ishii's ruling on Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **February 24, 2015**                              **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE