# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, | Case No.  1:13-cv-00166-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER THAT THE PARTIES FILE A JOINT REPORT PROPOSING NEW DATES FOR A PRE-TRIAL CONFERENCE, TRIAL, AND A SETTLEMENT CONFERENCE** |
| CONCENTRA HEALTH SERVICES, INC., | |
| Defendant. | |
| _____/ | |

On April 15, 2015, the district court directed the parties to contact the undersigned chambers within 10 days from the date of that order to set a new pre-trial and trial date. Plaintiff's counsel contacted the court via email on April 24, 2015, detailing the 17 days Plaintiff's counsel was unavailable in May and June. The parties were instructed by the Court via email to meet and confer and file a report proposing dates for the pretrial conference, the trial, and the settlement conference. The parties failed to file a proposed schedule.

Accordingly, IT IS HEREBY ORDERED that the parties meet and confer and file a joint report **by no later than June 5, 2015**, proposing new dates for the pre-trial conference, the trial, and a settlement conference.

IT IS SO ORDERED.

Dated:    **June 2, 2015**                              **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE