# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, an individual, residing in California,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation; DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:13-cv-00166-LJO-SKO<br><br>**ORDER RESETTING SETTLEMENT CONFERENCE, PRETRIAL CONFERENCE, AND TRIAL DATES** |

**ORDER**

　　　IT IS HEREBY ORDERED that the dates for pretrial matters and the commencement of trial be reset as follows:

　　　1)　　The Second Judicial Settlement Conference is scheduled for August 25, 2015, at 10:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto;

　　　2)　　The Pre-Trial Conference is set for March 16, 2016, at 10:00 a.m. in Courtroom 2 before District Judge Anthony W. Ishii;

　　　3)　　The Trial is set for May 10, 2016, at 8:30 a.m. in Courtroom 2 before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

　　Dated:　**June 30, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE