S. Brett Sutton, State Bar No. 143107
Jared Hague, State Bar No. 251517
SUTTON HAGUE LAW CORPORATION
6715 N. Palm Avenue, Suite 214
Fresno, CA 93704
Telephone:   559.449.1888
Facsimile:   559.449.0177

Attorneys for Plaintiff
MARY REID

Charles L. Thompson, IV, State Bar No. 139927
charles.thompson@ogletreedeakins.com
Becki D. Graham, State Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant
CONCENTRA HEALTH SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, an individual, residing in California,<br><br>                Plaintiff,<br><br>        v.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 1:13-cv-00166-AWI-SKO<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE JUDICIAL SETTLEMENT CONFERENCE; ORDER**<br><br>Complaint Filed:  October 4, 2012<br><br>Trial:  May 10, 2016 |

**JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**

## STIPULATION AND REQUEST

Plaintiff Mary Reid ("Plaintiff") and Defendant Concentra Health Services, Inc. ("Defendant") (collectively "the Parties"), hereby stipulate to and request a continuance of the settlement conference set in this matter for August 25, 2015, at 10:30 a.m. until December 1, 2015.

The parties make such stipulation and request for the following reasons:

(1) As represented in Defendant's Request to Continue Judicial Settlement Conference Briefly Because of Medical Issue (Impending Birth of Child) (Document 72), SelectMedical completed its joint venture of Concentra in June 2015. Derek Bahl is Vice President & Senior Counsel, Litigation for SelectMedical and is responsible for all litigation involving Concentra.

(2) During the workweek of August 17, 2015, Mr. Bahl's wife's physician reestimated the due date for birth of the Bahls' child from August 18, 2015, to August 24, 2015, one day before the Judicial Settlement Conference.

(3) Mr. Bahl is based in Mechanicsburg, Pennsylvania. Attending the Judicial Settlement Conference in Fresno, California, consumes three days round trip, and he is needed with his family at this time.

(4) Defendant informed both the Court and Plaintiff once the physician re-estimated the due date.

(5) The Court graciously provided the parties with additional dates on which the Court would be available for a Judicial Settlement Conference. The Court's dates included December 1, 2015.

(6) The parties' counsel have reviewed their own schedules and consulted with their respective clients. All parties and their counsel have confirmed their availability for December 1, 2015, to attend a Judicial Settlement Conference in Fresno, California.

This Stipulation and Request is joined by all parties to this matter.

DATED:  August 25, 2015                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/Charles L. Thompson
    Charles L. Thompson, IV
    Becki D. Graham

Attorneys for Defendant
CONCENTRA HEALTH SERVICES, INC.

DATED:  August 25, 2015                              SUTTON HAGUE LAW CORPORATION


By:  /s/S. Brett Sutton
    S. Brett Sutton
    Jared Hague

Attorneys for Plaintiff
MARY REID

ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from S. Brett Sutton.

DATED:  August 25, 2015                               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/Charles L. Thompson
    Charles L. Thompson, IV
    Becki D. Graham

Attorneys for Defendant
CONCENTRA HEALTH SERVICES, INC.

## **ORDER**

Pursuant to the parties' Stipulation, the settlement conference is continued to December 1, 2015, at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   **August 25, 2015**                               **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE