UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REID, an individual, residing in California,<br><br>Plaintiff,<br><br>v.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:13-CV-00166-DAD-SKO<br><br><u>ORDER DISMISSING ACTION AND CLOSING CASE</u><br><br>(Doc. No. 82) |

On December 31, 2015, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 82.) In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **January 4, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1